PARSONS v. TERMINAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Action by Harriet F. Parsons against the Terminal Railway Company and others.

PER CURIAM. Decision heretofore made in this cause amended by inserting, after the words "eight thousand dollars," the words "with interest thereon from the 16th day of January, 1900."

PAUL WEIDMANN BREWING CO., Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 23, 1901.) Action by the Paul Weidmann Brewing Company against Joseph Wilson and James F. Ehler. No opinion. Judgment of the municipal court affirmed, with costs.

PELKY, Respondent, v. TOWN OF SARANAC, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by Napoleon Pelky, as administrator, etc., against the town of Saranac. No opinion. Motion denied.

PEOPLE, Respondent, v. DARROW, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Proceeding by the people of the state of New York against George Darrow. A. P. Rosenfeld, for appellant. H. L. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. DOOLEY, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Proceeding by the people of the state of New York against Thomas Dooley. C. Cohen, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE v. GRANITE STATE PROVIDENT ASS'N. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Proceeding by the people of the state of New York against the Granite State Provident Association. No opinion. The court desires to see counsel in this matter.

PEOPLE, Respondent, v. GRASSE, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Proceeding by the people of the state of New York against Vincenzo Grasse. D. C. Myers, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE v. HERLIHY. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Proceeding by the people of the state of New York against John D. Herlihy. No opinion. Motion denied.

PEOPLE, Respondent, v. MULLIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Proceeding by the people of the state of New York against William T. Mullin. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. RUSSELL, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Proceeding by the people of the state of New York against Frederick B. Russell. W. G. Cooke, for appellant. C. A. Skidmore, for the People. No opinion. Order affirmed, with $10 costs and disbursements. See 72 N. Y. Supp. 1.

PEOPLE, Respondent, v. SARVIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Proceeding by the people of the state of New York against Homer Lockwood Sarvis. No opinion. Appeal transferred to the First department.